# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| CLAUDE A. REESE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.08-cv-01119 |
| | ) | |
| v. | ) | Judge John F. Grady |
| | ) | |
| CHRISTOPHER M. O'MEARA, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff requests court approval

dismissing the above-captioned action, which defendant has not answered or moved to dismiss,

WITHOUT PREJUDICE.

Respectfully submitted,

Dated: March 4, 2008                    CLAUDE A. REESE


By: /s/ Joel L. Lipman
Joel L. Lipman, Esq.
**O'ROURKE KATTEN & MOODY**
161 North Clark Street, Suite 2230
Chicago, IL 60601
Telephone:    (312) 849-2020
Facsimile:    (312) 849-2021

Attorneys for Plaintiff